11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Latasha Shlice Jackson

Appellant

Vs.                   No. 11-02-00299-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
withdraw her notice of appeal.  The
motion is signed by both appellant and her attorney.  TEX.R.APP.P. 42.2.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

October 31, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.